### (April 29, 1946.)

MAX J. ANNENBERG et al., Appellants, v. SAMUEL JACOBS, Respondent.— In an action for specific performance of an escrow agreement and for judgment directing defendant to deliver to plaintiffs certain instruments and moneys constituting the purchase price of a parcel of real property, judgment dismissing the complaint on the merits modified on the facts by striking from the first decretal paragraph everything following the words " the complaint " and inserting in place thereof the words " without prejudice and without costs "; and by striking out the second decretal paragraph. As so modified, the judgment is unanimously affirmed, without costs. It is possible that there may be other credible evidence available. Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ.

CARL CATALDO, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— In an action to recover damages for personal injuries suffered by reason of defendant's alleged negligence, plaintiff had a verdict. From the judgment entered thereon, and from an order denying a motion to set aside the verdict and for a new trial, defendant appeals. Judgment reversed on the law and the facts and a new trial granted, with costs to abide the event. Appeal from order dismissed, without costs. The verdict in favor of plaintiff is contrary to the weight of the credible evidence. We are also of opinion that the trial court erred in refusing to grant the motion of defendant, made at the trial, for permission to plead section 83 of the Railroad Law as a defense, since plaintiff did not make objection, there was evidence in the record on the subject, and plaintiff made no claim of surprise or prejudice. (*Goldstein* v. *Schleifer*, 209 App. Div. 899; *Fitzpatrick* v. *Rogers*, 214 App. Div. 800; *Road Garage Corporation* v. *Marcus*, 229 App. Div. 150.) Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ., concur.